UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. )                    Case No. 1:21-cr-013-TRM-SKL-5
)
LOLITA EASON )

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on October 18, 2022.

At the hearing, defendant moved to withdraw her not guilty plea to Count One of the seven-count

Superseding Indictment and entered a plea of guilty to the lesser included offense of the charge in

Count One of the Superseding Indictment, that is, conspiracy to distribute 5 grams or more of

methamphetamine (actual) and 50 grams or more of a mixture and substance containing a

detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and

841(b)(1)(B) in exchange for the undertakings made by the government in the written plea

agreement [Doc. 248].   On the basis of the record made at the hearing, I find the defendant is

fully capable and competent to enter an informed plea; the plea is made knowingly and with full

understanding of each of the rights waived by defendant; the plea is made voluntarily and free

from any force, threats, or promises, apart from the promises in the plea agreement; the defendant

understands the nature of the charge and penalties provided by law; and the plea has a sufficient

basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw her not guilty plea to Count

One of the seven-count Superseding Indictment be granted, her plea of guilty to the lesser included

offense of the charge in Count One of the Superseding Indictment, that is, conspiracy to distribute

5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) be accepted, the Court adjudicate defendant guilty of the charges set forth in the lesser included offense of the charge in Count One of the Superseding Indictment, that is, conspiracy to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B), and a decision on whether to accept the plea agreement [Doc. 248] be deferred until sentencing. I further **RECOMMEND** defendant remain in custody until sentencing in this matter or further court proceedings. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).